No. 15-16760

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

_____

In re:

APPLICATION FOR TELEPHONE INFORMATION NEEDED FOR A CRIMINAL INVESTIGATION,

_____

UNITED STATES OF AMERICA

    Petitioner-Appellant

        v.

FPD – FEDERAL PUBLIC DEFENDER,

    Respondent-Appellee.

_____

**THE UNITED STATES' MOTION FOR CHANGE IN CAPTION**

The United States hereby moves to delete from the caption the reference to the Federal Public Defender. This appeal is from the denial by the district court of an appeal of an ex parte application to a magistrate judge for historical cell site information under 18 U.S.C. § 2703(d). The United States was the only party to that application and appeal. Although the district court invited the Federal Public Defender for the Northern District of California to file a brief arguing that the court

should deny the application, the district court did not, and could not, make the Federal Public Defender a party to the proceedings in the district court. Accordingly, to the extent that the caption of the appeal states that the appeal involves the United States versus the Federal Public Defender, it is in error, and the Federal Public Defender should be deleted.

DATED: September 15, 2015  Respectfully submitted,

**BRIAN J. STRETCH**
Acting United States Attorney

**BARBARA J. VALLIERE**
Chief, Appellate Division

/s/ J. Douglas Wilson
_____
**J. DOUGLAS WILSON**
Assistant United States Attorney
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
(415) 436-6778

**Attorneys for Plaintiff-Appellant
UNITED STATES OF AMERICA**