FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 30 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: APPLICATION FOR TELEPHONE INFORMATION NEEDED FOR A CRIMINAL INVESTIGATION, <br><br> UNITED STATES OF AMERICA, <br><br> Petitioner - Appellant, | No. 15-16760 <br><br> D.C. No. 5:15-xr-90304-HRL <br> Northern District of California, San Jose <br><br> ORDER |

The appellant's motion to change the caption is granted. The caption shall be amended to remove the Federal Public Defender as a respondent - appellee.

The above caption shall be the caption for this case.

The current briefing schedule shall remain in effect.

For the Court:

MOLLY C. DWYER
Clerk of Court

Grace Santos
Deputy Clerk
Ninth Circuit Rule 27-7/Advisory Note to Rule 27
   and Ninth Circuit 27-10

GS    09/28/2015/Pro Mo