No. 15-16760

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

_____

In re:

APPLICATION FOR TELEPHONE
INFORMATION NEEDED FOR A
CRIMINAL INVESTIGATION,

_____

**THE UNITED STATES' MOTION FOR A 60-DAY EXTENSION
OF TIME TO FILE ITS OPENING BRIEF**

The United States hereby moves for a 60-day extension of time in which to file its opening brief in the above-captioned appeal. The United States' brief as appellant is currently due on December 7, 2015. This motion would extend the time for filing the appellant's brief until February 5, 2016. This is the United States' first request for an extension in this case. This motion is made under Fed. R. App. P. 27 and Ninth Circuit Rule 31-2.2(b), and is supported by the accompanying declaration of Assistant United States Attorney J. Douglas Wilson.

As set forth in the accompanying declaration, there is no opposing party to this brief, and the government has not sought any another's position on whether to grant the extension.

DATED: November 27, 2015            Respectfully submitted,

**BRIAN J. STRETCH**
Acting United States Attorney

**BARBARA J. VALLIERE**
Chief, Appellate Division

/s/ J. Douglas Wilson
_____
**J. DOUGLAS WILSON**
Assistant United States Attorney
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
(415) 436-6778

**Attorneys for Plaintiff-Appellee**
**UNITED STATES OF AMERICA**

2

No. 15-16760

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

_____

In re:

APPLICATION FOR TELEPHONE
INFORMATION NEEDED FOR A
CRIMINAL INVESTIGATION,

_____

**DECLARATION OF J. DOUGLAS WILSON SUPPORTING THE UNITED STATES' MOTION FOR A 60-DAY EXTENSION OF TIME TO FILE ITS OPENING BRIEF**

I, J. Douglas Wilson, declare:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California. I am the attorney responsible for preparing the government's opening brief in the above-captioned appeal.

2. The government's brief is currently due on December 7, 2015. For the reasons set forth below, I am requesting a 60-day extension to file this brief, until February 5, 2016. This is the government's first requested extension in this case.

3. I am seeking this extension because of the difficulty of completing the brief by December 7, 2015. In particular, the United States Attorney's Office, in

combination with the Appellate Section of the Criminal Division and the Solicitor General in Washington, D.C., is currently determining whether to pursue this appeal. A 60-day extension will allow the completion of this process.

4. As set forth in the United States' Motion for Change in Caption, this appeal is from the denial by the district court of an appeal of an ex parte application to a magistrate judge for historical cell site information under 18 U.S.C. § 2703(d). The United States was the only party to that application and appeal. Although the district court invited the Federal Public Defender for the Northern District of California to file a brief arguing that the court should deny the application, the district court did not, and could not, make the Federal Public Defender a party to the proceedings in the district court. Accordingly, the United States has not sought the position of another party on this extension.

5. I am not aware that the court reporter is in default with regard to any of designated transcripts.

6. There is no appellee.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed on November 27, 2015, in San Francisco, California.

                                              s/ J. Douglas Wilson
                                       J. DOUGLAS WILSON
                                       Assistant United States Attorney

| 9th Circuit Case Number(s) | 15-16760 |

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

*******************************************************************************

### CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) 11/27/2015.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format)  |  /s/ Hui Chen, Paralegal

*******************************************************************************

### CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) _____.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature (use "s/" format)