UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 30 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: APPLICATION FOR TELEPHONE INFORMATION NEEDED FOR A CRIMINAL INVESTIGATION,

UNITED STATES OF AMERICA,

    Petitioner - Appellant.

No. 15-16760

D.C. No. 5:15-xr-90304-HRL
U.S. District Court for Northern California, San Jose

**ORDER**

The appellant's motion for an extension of time to file the opening brief is granted. The opening brief is now due February 5, 2016.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Grace Santos
Deputy Clerk

Ninth Circuit Rules 27-7 and 27-10